**No. 58679.**—The Joseph Abrams Company et al. *v.* United States, protests 137776–K, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and the issues involved herein are similar in all material respects to the facts and issues in Abstracts 57670 and 57671, the collector was directed to re-reliquidate the entries in accordance with the mandate of this court in its respective original decisions and to refund duties accordingly.

**No. 58680.**—Edmond J. Lang *v.* United States, protest 237690–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

**No. 58681.**—Anglo-American Commodities *v.* United States, protest 151706–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 58682.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 234256–K (Baltimore).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

DECEMBER 30, 1954

**No. 58683.**—S. H. Pomerance Co., Inc. *v.* United States, protest 215412–K.—WATCHCASES AND MOVEMENTS—CLERICAL ERROR.—Abstract 58530. Plaintiff's application for rehearing denied.